UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re: ESCROWED FUNDS** | Miscellaneous 07-00203 (HHK) |

**ORDER**

Before the court is the motion of the estate of Rafael Quintero ("the Estate") for leave to file a complaint [#1] by which the Estate would seek a judgment allowing it to distribute certain funds currently being held in an escrow account maintained by the Estate's law firm to the Estate as the rightful owner.

Upon consideration of the motion, it is this 13th day of June, 2007, hereby

**ORDERED** that the motion for leave to file a complaint [#1] is **GRANTED**; and it is further

**ORDERED** that the clerk of the court shall accept the complaint that is lodged with the instant motion for filing.

                                                                                           Henry H. Kennedy, Jr.
                                                                                          United States District Judge