IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Escrowed Funds

Miscellaneous No.: 07-00203 (HHK)

**MOTION FOR STATUS HEARING OR FOR ENTRY OF JUDGMENT**

On June 13, 2007, this Court granted leave to The Estate of Rafael Quintero ("the Estate"), pursuant to LCvR 40.3, n. 1, to file a Complaint by which the Estate seeks a judgment that would allow it to distribute certain funds currently being held in an escrow account maintained by the Estate's law firm. Said Complaint was accepted by the Clerk and was served on attorneys for the United States. Additionally, an informational copy was provided to the attorney for a person who once suggested that he might have some entitlement to the funds at issue.

During the pendency of the Estate's motion for leave to file, the attorney for the potential claimant sent an electronic message, a copy of which is attached as Exhibit A hereto, stating that his client disclaimed any interest in the funds at issue. The United States has never responded to the Complaint and, assuming that it had any interest (which is questionable), its time for response has expired. In short, the Estate, which submits that it amply has documented its entitlement to the funds at issue, is unaware of any party that lawfully could be adverse to it.

WHEREFORE, the Estate respectfully submits that this Court should set a status hearing to consider the disposition of the case or, alternatively, issue judgment in favor of the Estate allowing it to distribute the funds in accordance with the law of the State of Florida, the situs of the Estate.

Dated: October 18, 2007

Respectfully submitted,

Epstein Becker & Green, P.C.

By: *[signature]*
Stuart M. Gerson
Bar Identification No. 94227
sgerson@ebglaw.com

1227 25th Street, Suite 700
Washington, D.C. 20037
(202) 861-0900 (voice)
(202) 296-2882 (facsimile)
Attorneys for the Estate of Rafael Quintero

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Escrowed Funds

Miscellaneous No.: 07-00203 (HHK)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the following Motion for Status Hearing or for Entry of Judgment via United States Mail, in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

Rudolph Contreras, Chief
Civil Division
United States Attorney's Office
District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Peter D. Keisler
Assistant Attorney General
United States Department of Justice
Civil Division
10th Street and Constitution Avenue, N.W.
Washington, D.C. 20530

Dated: October 18, 2007

*/s/ Stuart M. Gerson*

Stuart M. Gerson
Bar Identification No. 94227
sgerson@ebglaw.com

1227 25th Street, Suite 700
Washington, D.C. 20037
(202) 861-0900 (voice)
(202) 296-2882 (facsimile)
Attorneys for the Estate of Rafael Quintero

# EXHIBIT A

```
                        Tom Green's response re Secord.txt
From: Green, Thomas C. [mailto:tcgreen@sidley.com]
Sent: Monday, May 21, 2007 4:22 PM
To: Stuart Gerson
Subject:


Stuart, I received your Motion and Proposed Complaint re Quintero
Escrowed Funds.  I talked to General Secord.  He makes no claim to the
funds and has no interest in the funds. In fact he has no recollection
of ever making claim to the funds.  If you need further assistance from
me, please let me know. Regards, Tom

Thomas C. Green, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
202-736-8069
202-736-8711 FAX
tcgreen@sidley.com

Sidley Austin LLP mail server made the following annotations on
05/21/07, 15:22:16:
--------------------------------------------------------------------
-------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury
regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice
contained in this
communication, including attachments, was not intended or written to be
used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may
be imposed on such
taxpayer by the Internal Revenue Service.  In addition, if any such tax
advice is used or referred
to by other parties in promoting, marketing or recommending any
partnership or other entity,
investment plan or arrangement, then (i) the advice should be construed
as written in connection
with the promotion or marketing by others of the transaction(s) or
matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the
taxpayer's particular
circumstances from an independent tax advisor.

*******************************************
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Escrowed Funds

Miscellaneous No.: 07-00203 (HHK)

**ORDER (1)**

This Court having considered the Motion of the Estate of Rafael Quintero ("the Estate") for the setting of a status hearing or, alternatively, for judgment, it is hereby

ORDERED that a status conference will be held before this Court on _____.

DATED: _____, 2007

_____

Henry H. Kennedy, Jr.,

UNITED STATES DISTRICT JUDGE

DC:1163056v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: Escrowed Funds | Miscellaneous No.: 07-00203 (HHK) |

**ORDER (2)**

This Court having considered the application of the Estate of Rafael Quintero ("the Estate") seeking a declaration that certain funds, currently totaling approximately $132,000, and held in an escrow account maintained by the law firm of Epstein Becker & Green, P.C. ("EBG"), at BB&T Bank, may be distributed by EBG to the Estate as the rightful owner, along with the exhibits and other papers submitted, the Court hereby

DECLARES that the funds in question were the property of Rafael Quintero at the time of his death and, therefore, now are the property of his estate; and the Court further

ORDERS that the trustee of the Escrow account may disburse the funds in the account to the administrator of the Estate who may use them to pay the bills of the estate, including legal bills, and otherwise to distribute the funds consistent with and subject to the laws of the State of Florida and the United States.

DATED: _____, 2007     _____

Henry H. Kennedy, Jr.

UNITED STATES DISTRICT JUDGE

DC:1163061v1