UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ESCROWED FUNDS | Miscellaneous 07-00203 (HHK) |

**O R D E R**

This court having considered the application of the Estate of Rafael Quintero ("the Estate") seeking a declaration that certain funds, currently totaling approximately $132,000, and held in an escrow account maintained by the law firm of Epstein Becker & Green, P.C. ("EBG"), at BB&T Bank, may be distributed by EBG to the Estate as the rightful owner, along with the exhibits and other papers submitted, the court hereby

**DECLARES** that the funds in question were the property of Rafael Quintero at the time of his death and, therefore, now are the property of his Estate; and the court further

**ORDERS** that the trustee of the escrow account may disburse the funds in the account to the administrator of the Estate who may use them to pay the bills of the Estate, including legal bills, and otherwise to distribute the funds consistent with and subject to the laws of the State of Florida and the United States.

Henry H. Kennedy, Jr.
United States District Judge

Dated: October 25, 2007